George A. Raffety, administrator of the estate of Robert L. Cunningham, deceased, plaintiff in error, v. John M. Goebelt, defendant in error. Gen. No. 8,665.

Opinion filed April 11, 1933.

F. A. Whiteside, for plaintiff in error; Hugh J. Dobbs and Jerome R. Finkle, of counsel. L. A. Mehrhoff and A. B. Johnson, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

Louise Brown, defendant in error, v. Robert Brown, plaintiff in error. Gen. No. 8,732.

Opinion filed April 11, 1933.

Wade Barrick, for plaintiff in error. August Caylor, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

Clinton P. Headley, plaintiff in error, v. Frank S. Scott and C. F. Scott, defendants in error. Gen. No. 8,706.

Opinion filed April 11, 1933. Rehearing denied June 20, 1933.

Curlee, Nortoni & Teasdale and Thomas P. Moore, for plaintiff in error. Bellatti, Samuell & Moriarty, for defendants in error.

Mr. Justice Shurtleff delivered the opinion of the court.

Robert Markwell, appellee, v. Marcella Dolan, appellant. Gen. No. 8,727.

Opinion filed April 11, 1933.

Rearick & Meeks, for appellant. Alfred A. Johnson and Harold A. Craig, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.